## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TRAYCE WILLIAMS**                                                    **PLAINTIFF**

v.                                    **No. 4:23-cv-505-DPM**

**GREENE COUNTY, ARKANSAS and
KATHERINE CALAWAY, Both in her
Individual and Official Capacity, as
Prosecutor**                                                    **DEFENDANTS**

### ORDER

First, the Court directs all counsel to re-read Federal Rule of Civil Procedure 1 and the 2015 Advisory Committee Notes about the obligation to cooperate.  Life is too short to spend time on this kind of fussing.

Second, the Court directs the parties to schedule depositions by agreement absent extraordinary circumstances.  If there's a dispute, file a joint report, don't notice up the depositions.

Third, don't set short deadlines for the other side to prepare its part of a joint report.  Allow at least five calendar days.

Fourth, don't incorporate briefs in a joint report.

Fifth, Prosecutor Calaway's motion to stay discovery, *Doc. 12*, is denied without prejudice.  The pendency of a motion for judgment on the pleadings usually doesn't justify a stay, and it doesn't here.

Sixth, the Court requests a reply on the qualified immunity/ § 1983 text issue.  The Court is working on the motion for judgment. Reply due by 27 October 2023.  In the future, any moving party may reply within seven calendar days of the response.

Seventh, one-sided reports of discovery dispute, *Doc. 15 & 16*, addressed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2023