## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TRAYCE WILLIAMS**                                              **PLAINTIFF**

v.                                    **No. 4:23-cv-505-DPM**

**GREENE COUNTY, ARKANSAS and
KATHERINE CALAWAY, Both in her
Individual and Official Capacity, as
Prosecutor**                                              **DEFENDANTS**

### ORDER

Williams wants to take an early deposition of Calaway. His lawyer says he has his reasons, but declines to spell them out because they're work product. That is reasonable. Calaway sought to stay all discovery until the Court decides her pending motion for judgment on the pleadings. The Court denied a stay. Discussions about deposition dates began. Some were scheduled or postponed. But then Calaway went on maternity leave because she has adopted a baby. (The Court congratulates her.) Williams still wants to depose her soon, and has offered various accommodations. Calaway wants to wait until her maternity leave ends in January, citing the FMLA, the undisputed benefits of spending time with her newborn, and the five months that will remain in the discovery period after she returns to work in early January.

The parties should schedule Calaway's deposition now for a mutually convenient date in January.  The motion for judgment on the pleadings is denied without prejudice.  Discovery should proceed apace.  Williams may file an amended complaint (or not) by 16 February 2024.  If he does not, the Court will reinstate the motion for judgment on the pleadings, and all related briefing, and decide it.

*     *     *

Joint report, *Doc. 21*, addressed.  Motion, *Doc. 10*, denied without prejudice as specified.

So Ordered.

D.P. Marshall Jr.
United States District Judge

20 November 2023