IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAYCE WILLIAMS**                                                          **PLAINTIFF**

v.                              No. 4:23-cv-505-DPM

**GREENE COUNTY, ARKANSAS; KATHERINE CALAWAY**, both in her Individual and Official Capacity, as Prosecutor; **SONIA FONTICIELLA**, in her Individual and Official Capacity as Prosecuting Attorney for the Second Judicial District of Arkansas and Greene County; **STEVE FRANKS**, in his Individual Capacity; **SHANNON ANTHONY**, Chief Deputy, in his Individual Capacity; **JUSTIN JACKSON**, Captain, in his Individual Capacity; **BRAD SNYDER**, Sheriff, in his Official Capacity as Sheriff of Green County, Arkansas; and **ZAKK CROCKER**, in his Individual Capacity                                           **DEFENDANTS**

### ORDER

Williams's motion to stay, *Doc. 44*, is denied. The Court declines to convert Calaway's and Fonticiella's motion to dismiss, *Doc. 35*, into one for summary judgment. The Court will decide the motion based only on the pleadings and the materials embraced by them. *Gorog v. Best Buy Co.*, 760 F.3d 787, 791-92 (8th Cir. 2014).

-2-

So Ordered.

*DPMarshallJr.*
D.P. Marshall Jr.
United States District Judge

9 July 2024